FILED
Carbon County District Court
Rochelle Loyning, Clerk

MAY 25 2017

By Susan E. Metcalf
Susan E. Metcalf, Deputy

# MONTANA TWENTY-SECOND JUDICIAL DISTRICT COURT, CARBON COUNTY

| | |
|---|---|
| KAREN ZULKOWSKI,<br><br>                      Plaintiff,<br>vs.<br><br>FIRST AMERICAN TITLE COMPANY OF MONTANA, INC., as Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and GUILD MORTGAGE COMPANY,<br><br>                      Defendants. | Cause No.: **DV 17-53**<br><br>Judge: **Blair Jones**<br><br>**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER IMPOSING STAY OF TRUSTEE'S SALE** |

**UPON READING** the reviewing the pleadings and the affidavit of John Zulkowski filed herein, and notice of the application having been provided to the Trustee, and the matter having been heard by the Court, and the Court finding that irreparable injury will result to the moving party if an order is not issued until the time for responding has elapsed, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the defendants appear before the above entitled court at the District Courthouse in RED LODGE, Montana on the ___21st___ day of ___June___, 2017, at the hour of __1:30__, __p__.m. to show cause, if any it has, why the Court should not issue a preliminary injunction forbidding the defendants from exercising the power of sale.

**IT IS FURTHER ORDERED** that the Trustee be, and hereby is, prohibited from exercising the power of sale scheduled for May 31, 2017 under the trust indenture, pending the hearing and determination of the plaintiffs' motion for a preliminary injunction.

Let a copy of this *ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER*, together with a copy of the supporting *AFFIDAVIT* and *MOTION FOR PRELIMINARY INJUNCTION* be served upon the Trustee or its attorney, via facsimile or e-mail, not less than three (3) days prior to the date set for a hearing.

**DONE AND DATED** this 25th day of May, 2017.

_____
BLAIR JONES, District Judge

**CERTIFICATE OF SERVICE**
This is to certify that the foregoing was duly served by mail, fax, or email upon the parties or their attorneys of record at their last known address.
Done this 25th day of May, 2017.
By: _____
COURT ADMINISTRATOR to the HON. BLAIR JONES