UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KAREN ZULKOWSKI,<br><br>               Plaintiff,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY,<br><br>               Defendant. | Case No. CV-17-147-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Guild's Motion for Summary Judgment (Doc. 4) is GRANTED.

    Dated this 18th day of September, 2018.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Judith Rhoades
                                      Judith Rhoades, Deputy Clerk